165 A.3d 470

SMILEY, Roosevelt

v.

STATE of Maryland

Pet. Docket No. 33, Sept. Term, 2017

Court of Appeals of Maryland.

July 28, 2017

Petition for writ of certiorari denied

■

165 A.3d 470

SNYDER, Lester

v.

STATE of Maryland

Pet. Docket No. 103, Sept. Term, 2017

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 1848, Sept. Term, 2015).

Petition for writ of certiorari denied